**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Silvia Jimenez**, <br><br> Plaintiff, <br><br> vs. <br><br> **WKS Restaurant Corporation**, <br><br> Defendant. | No. 2:22-cv-01046-SPL <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Silvia Jimenez, by and through undersigned counsel, gives notice of voluntarily dismissing this action in its entirety, with prejudice, each side to bear its own attorneys' fees and costs.

DATED this 19th Day of July, 2022.

                BENDAU & BENDAU PLLC

                /s/ *Clifford P. Bendau, II*
                Clifford P. Bendau, II
                Christopher J. Bendau
                Attorneys for Plaintiff